T. Bernard Eisenstein, as Assignee of Parker May Heating Corporation, Respondent, v. Ashton A. Marshall, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Ruth V. Dodge, Appellant, v. Nelson T. Shields, Respondent. (Action No. 1.) Nelson T. Shields, Respondent, v. "Mary" Dodge, First Name "Mary" Fictitious, etc., Appellant. (Action No. 2.) — Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and O'Malley, J., dissent and vote for affirmance.

Gnilbe Corporation, Appellant, v. Lauschus Realty Corporation, Respondent, Impleaded with Others.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Bergoff Detective Service, Inc., Respondent, v. John Walters, Appellant. — Order modified by eliminating items 2, 3, 7, 8 and 9, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Joseph Sager, Respondent, v. Henry Friedman and Another, Defendants, Impleaded with Bella Friedman, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Simon Hirsch, Respondent, v. Louis Schwartz, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frank Hajek and Christian Eisenhardt, Respondents, v. Garlind Realty Syndicate, Inc., Appellant.— Order so far as appealed from modified by omitting from items third and seventh the words " and the manner in which," and also from items fourth and eighth " the place where and the manner in which," and " the place where and the manner in which defendant was notified of such rescission and offer to return the contract," and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrill, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Alfred E. Ommen, as Trustee, etc., of Eliza M. Pelgram, Deceased, to Have Fixed and Determined the Compensation of His Attorneys for Services Rendered to Said Trustee and the Estate of Said Decedent.— Order modified by reducing the compensation allowed for counsel fees to the sum of $2,000, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

George M. Lavender, Respondent, v. Mary A. Lavender, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

I. Joe Hornstein, Respondent, v. John H. Perry, Appellant, Impleaded with Another.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.